# IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0450-JRG |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| CITIBANK, NA | § | |
| | § | |
| Defendant. | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0597-JRG |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| AUNTIE ANNE'S, LLC | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss with prejudice Defendant Auntie Anne's, LLC pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice with each party to bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 6th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE